# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ALEXANDER MICHAEL RANDISE Defendant. | Case No. 22-cr-00497-JLS-1 **ORDER CONTINUING MOTION HEARING/ TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
|---|---|

Pursuant to joint motion, the Court continues the upcoming Motion Hearing/Trial Setting from April 8, 2022 to May 27, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded from the date of this order through May 27, 2022, under the Speedy Trial Act. .

**SO ORDERED.**

DATED: 04/05/2022

Janis L. Sammartino, Judge
United States District Court